FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 30 PM 3: 26

CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 105-104 |
| | ) | |
| JAMES KUUIPO WOLFE | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Wolfe's preliminary motion to suppress is **MOOT** (doc. no. 11), and the particularized motion to suppress is **DENIED**. (Doc. no. 25).

SO ORDERED this 30th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE